TDCJ Offender Details          25,474-11          Page 1 of 1

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**      TDCJ Home      New Offender Search

# Offender Information Details

Return to Search list

| | |
|---|---|
| **SID Number:** | 01770627 |
| **TDCJ Number:** | 01853529 |
| **Name:** | CARR,VICTOR |
| **Race:** | B |
| **Gender:** | M |
| **DOB:** | 1955-01-14 |
| **Maximum Sentence Date:** | 2031-09-26 |
| **Current Facility:** | WEST TEXAS ISF |
| **Projected Release Date:** | 2015-10-10 |
| **Parole Eligibility Date:** | 2005-02-21 |
| **Offender Visitation Eligible:** | NO |

*The offender is temporarily ineligible for visitation. Please call the offender's unit for any additional information.*

*The visitation information is updated once daily during weekdays and multiple times per day on visitation days.*

**SPECIAL INFORMATION FOR SCHEDULED RELEASE:**

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

**Offense History:**

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| 1992-01-21 | POSS WIT DEL C/S COCAINE | 1992-08-13 | TRAVIS | 0921427 | 25-00-00 |
| 1991-09-13 | DEL OF A C/S COCAINE | 1992-03-16 | TRAVIS | 0914708 | 35-00-00 |

Return to Search list